# United States District Court
# For The Western District of North Carolina
# Statesville Division

MARVIN HAROLD WITHERSPOON,

    Plaintiff(s),          JUDGMENT IN A CIVIL CASE

vs.          CASE NO. 5:10CV76-2-V

UNITED STATES OF AMERICA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 28, 2010, Order.

         Signed: June 28, 2010

Frank G. Johns, Clerk
United States District Court